No. 902. UNITED STATES *v.* HOWARD P. FOLEY CO., INC. April 22, 1946. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General McGrath* for the United States. *Alexander M. Heron* and *William L. Owen* for respondent.

No. 629. PERLSTEIN *v.* HIATT, WARDEN. April 22, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. Petitioner *pro se. Solicitor General McGrath* and *Robert S. Erdahl* for respondent.

No. 672. YAMASHITA *v.* STYER, COMMANDING GENERAL. See *ante,* p. 1.

Nos. 650 and 651. DENNY *v.* UNITED STATES. February 4, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Isaac Lobe Straus, Bernard M. Goldstein* and *Hamilton O'Dunne* for petitioner. *Solicitor General McGrath* and *Robert S. Erdahl* for the United States.

No. 703. HUDSON COAL CO. *v.* WATKINS ET AL. February 4, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Walter Gordon Merritt* and *Robert R. Bruce* for petitioner. *Stanley F. Coar* for respondents.